IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| DENAVIAN GOLSON, | * |
| Plaintiff, | * |
| v. | Case No.  7:22-CV-34(WLS) |
| | * |
| Special Agent ZACHARY JOHNSON, et al., | |
| | * |
| Defendants. | |
| _____ | * |

### **J U D G M E N T**

Pursuant to this Court's Order dated July 11, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 12th day of July, 2022.

David W. Bunt, Clerk

s/ Robin L. Walsh, Deputy Clerk